# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2019

*The Court of Appeals hereby passes the following order:*

## A20D0038. JENNICE IRENE CARTER v. KENNETH ALEX SIMPSON.

Kenneth Alex Simpson filed in Clayton County Superior Court a petition to register and enforce a child custody determination from the Family Court of the State of New York. Jennice Irene Carter filed an objection to Simpson's petition. The trial court, pursuant to OCGA § 19-9-83, ordered Carter to comply with the New York order awarding Simpson sole legal and physical custody of the parties' minor child. The court also ordered the parties to appear for a hearing on Carter's objection. Carter has now filed an application for discretionary review of the trial court's ruling. She is, however, entitled to a direct appeal.

To determine whether a party may bring a direct appeal, we look to the "issue raised on appeal." See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017). Here, Carter argues, among other things, that the trial court erred in its ruling on custody. Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. See OCGA § 19-9-41 (3) (defining "child custody determination" as "a judgment, decree, or other order of a court providing for the legal custody, physical custody, or visitation with respect to a child"). See also OCGA § 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is an issue"); *Taylor v. Curl*, 298 Ga. App. 45, 45 (679 SE2d 80) (2009) (interlocutory orders involving child custody are subject to direct appeal). Because the trial court's order established custody over the child, and Carter challenges that ruling on appeal, she is entitled to a direct appeal under OCGA § 5-6-34 (a) (11).

This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Carter shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, __09/06/2019__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , Clerk.